IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS COATES,** | : | CIVIL ACTION |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | No.:   19-CV-5143 |
| | : | |
| **METROPOLITAN PROPERTY AND** | : | |
| **CASUALTY INSURANCE COMPANY** | : | |
|     **Defendant.** | : | |

**O R D E R**

**AND NOW**, this __30TH__ day of August, 2022, upon consideration Defendant's Motion *In Limine* to Preclude Report and Testimony of Plaintiff's Expert, Jeff Olen (ECF No. 22), Plaintiff's response thereto (ECF No. 24), Defendant's reply brief in support of its motion (ECF No. 30), and Defendant's supplemental reply brief in further support of its motion (ECF No. 37), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED.**

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge