IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS COATES : | |
| *Plaintiff*, | |
| | CIVIL ACTION |
| v. : | NO. 19- 5143 |
| | |
| METROPOLITAN PROPERTY AND | |
| CASUALTY INSURANCE COMPANY : | |
| *Defendant*. | |

## **ORDER**

AND NOW, this 4th day of October 2022, upon consideration of: Defendant's Motion for Summary Judgment (ECF No. 21); Plaintiff's Response thereto (ECF No. 23); and, Defendant's Reply (ECF No. 28), it is hereby ORDERED that in accordance with this Court's accompanying Memorandum, Defendant's Motion (ECF No. 21) is GRANTED.

It is further ORDERED that:

(1) JUDGMENT is entered IN FAVOR of DEFENDANT METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY and AGAINST PLAINTIFF THOMAS COATES; and,

(2) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.